UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHRISTOPHER O'ROURKE,

                Plaintiff,

- against -

FADA RESTAURANT CORP. and
NORTH SIDE STUDIOS, LLC,

                Defendants.

Case No.: 19 CV 02216
(DLI-RML)

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, in its entirety, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

This stipulation may be filed without further notice with the Clerk of Court. This Stipulation may be signed in counterparts with facsimile or electronic signatures, and such counterparts when taken together shall be considered one single valid agreement.

Dated: *August 13*, 2019

For the Plaintiffs:

LAW OFFICES OF PETER SVERD, PLLC

By: _____
Peter Sverd, Esq.
*Attorneys for Plaintiff*
225 Broadway, Ste. 613
New York, NY 10007
(646) 751-8743

For the Defendant:

MICHELMAN & ROBINSON, LLP

By: _____
Kathryn T. Lundy, Esq.
*Attorneys for Defendant*
800 Third Avenue
New York, NY 10022
(212) 730-7700